IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                            Civ. No. 15-658 KK/WPL

$16,000.00 IN UNITED STATES CURRENCY,

    *Defendant-in-rem*,

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT
## AND ORDER OF FORFEITURE

The United States, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, moves this Court to enter default judgment which orders forfeiture of all right, title and interest in the Defendant Currency to the United States. The grounds for this motion are as follows:

    1.  The United States adopts by reference the statements in the Praecipe, Doc. 5, as authorized by Rule 10(c) of the Federal Rules of Civil Procedure.

    2.  The Clerk of the Court has entered default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Doc. 7.

    3.  The United States is entitled to default judgment and forfeiture of the Defendant Currency as a matter of law.

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ R.K.*
_____
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

_____
STEPHEN R. KOTZ
Assistant U.S. Attorney